IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MICHAEL DRISKELL,

    Plaintiff,                      No. CIV S-10-2033 KJM GGH PS

    vs.

MACY'S DEPARTMENT STORE

DOWNTOWN SACRAMENTO,

    Defendant.                    ORDER

_____/

        Defendant's amended motion to dismiss presently is calendared for hearing on April 7, 2011. Having reviewed the record, the court has determined that oral argument would not be of material assistance in determining the pending motion. Accordingly, the court will not entertain oral argument, and will determine the motion on the record, including the briefing in support of and in opposition to the pending motion. See E.D. Cal. L.R. 230(g).

        Accordingly, IT IS ORDERED that:

        1. The April 7, 2011 hearing on the amended motion to dismiss, filed February 25, 2011, is vacated; and

        2. The motion is submitted on the record.

DATED: March 31, 2011

                               /s/ Gregory G. Hollows
                               _____
                               U. S. MAGISTRATE JUDGE

GGH:076:Driskell2033.vac.wpd

1